UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR ALEXANDER CASTRO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>T. CISNEROS,<br><br>　　　　　Respondent. | Case No. 2:22-cv-00201-JDP (HC)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 7 |

Petitioner has filed a motion for an extension of time to file an amended petition for a writ of habeas corpus. ECF No. 7. Good cause appearing, it is hereby ORDERED that:

1. Petitioner's motion for an extension of time, ECF No. 7, is granted.

2. Petitioner is granted thirty days from the date of this order in which to file an amended petition.

IT IS SO ORDERED.

Dated:　April 21, 2022

　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE