UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| SALVADOR ALEXANDER CASTRO, | Case No. 2:22-cv-00201-TLN-JDP (HC) |
|---|---|
| Petitioner, | ORDER THAT: |
| v. | (1) THE FINDINGS AND RECOMMENDATIONS ARE HELD IN ABEYANCE; |
| T. CISNEROS, | |
| RESPONDENT. | (2) WITHIN SEVEN DAYS THE RESPONDENT SHALL RE-SERVE ITS ANSWER ON PETITIONER; |
| | (3) PETITIONER MUST SUBMIT ANY TRAVERSE HE CHOOSES TO FILE WITHIN THIRTY DAYS AFTER RE-SERVICE IS ACCOMPLISHED |
| | ECF No. 19 |

On February 27, 2023, I submitted findings and recommendations that the petition for habeas corpus, ECF No. 9, be denied. ECF No. 19. In my findings, I noted that petitioner had not filed a traverse to respondent's answer. Petitioner has now filed objections, in which he states that he never received respondent's answer. ECF No. 20.

Accordingly, it is ORDERED that:

1. The findings and recommendations at ECF No. 19 are held in abeyance.

2. Within seven days of this order's entry, the respondent shall re-serve its answer

1

and supporting papers on the petitioner.  Once re-service is accomplished, respondent's counsel should file a declaration with the court indicating as much.

      3.     Petitioner must file any traverse he wishes to submit within thirty days of re-service of the answer.

IT IS SO ORDERED.

Dated:    March 15, 2023                                 
                                        JEREMY D. PETERSON
                                        UNITED STATES MAGISTRATE JUDGE