UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR ALEXANDER CASTRO,<br><br>  Petitioner,<br><br>  v.<br><br>T. CISNEROS,<br><br>  Respondent. | No. 2:22-cv-00201-TLN-JDP<br><br>**ORDER** |

Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 27, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 27, 2023, are ADOPTED IN FULL;

2. The Court has reviewed petitioner's traverse (ECF No. 24) and finds that nothing therein gives it reason to doubt the magistrate judge's legal analysis;

3. Petitioner's first amended petition (ECF No. 9) is DENIED;

4. Petitioner's motion for default judgment (ECF No. 18) is DENIED as moot;

5. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

6. The Clerk of Court is directed to close this case and to enter judgment accordingly.

Date: June 20, 2023

_____
Troy L. Nunley
United States District Judge